IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.199.240.186

**ISP:** Comcast Cable
**Physical Location:** Point Pleasant Beach, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/16/2016 19:16:02 | C851B2D8685DDA812635FEDAE85F618DF077DBF1 | Forbidden Fruit |
| 09/18/2016 21:50:19 | 09889EBF7CDF9363654C0ACB2EC4A98317E3B44C | Luvv Me Tender |
| 09/18/2016 21:49:01 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 08/15/2016 03:52:06 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 08/15/2016 03:51:45 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 07/25/2016 15:05:36 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 04/19/2016 12:20:18 | 9A8EB278B983D3D65ECCDD211402EC8D62764995 | Threesome With a View |
| 03/12/2016 15:52:40 | 238CB2BD6AB6DEE99449A5EA74730EB56A327C5D | Tantalizing Fox |
| 03/01/2016 15:45:01 | BB05F21BFF8E09F5594226EF2DC98795C58FEE6C | The Cock Teaser |
| 02/26/2016 14:41:19 | 8879E98926E91E494C473FD4CEF1DD134182B4EF | Two Cocks In Karla |
| 02/02/2016 05:25:37 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 12/17/2015 12:07:16 | 55476DB0F16D822FE4E53445C15669823FB3B57E | Double Tease |
| 12/17/2015 11:46:57 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 12/17/2015 11:42:11 | C8E5D3EAD52C1E7B4FB2074C7AB4AD597E4F11D8 | Meet My Lover From Austria |
| 12/17/2015 10:07:40 | 82E90ADC0AFA25D0F6AC762F76278A1109C4FD08 | In Love With Little Caprice |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

CNJ636